**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

GS HOLISTIC, LLC,

Plaintiff

v.

A ONE SMOKE SHOP LLC d/b/a A ONE SMOKE SHOP and QUSAI ALTHENAT,

Defendants.

Civil Case No. 2:23-cv-03786-WHR-MRM

## MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANTS

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby files this Motion for Entry of Clerk's Default against the Defendants A ONE SMOKE SHOP LLC d/b/a A ONE SMOKE SHOP and QUSAI ALTHENAT, and in support thereof states as follows:

1. On November 10, 2023, the Plaintiff filed its Complaint for Trademark Infringement [DE 1].

2. On November 30, 2023, a copy of the Complaint and Summons was served on A ONE SMOKE SHOP LLC d/b/a A ONE SMOKE SHOP, via Corporate Service. *See* Affidavit of Service [DE 6].

3. A ONE SMOKE SHOP LLC d/b/a A ONE SMOKE SHOPwas to have responded to or filed an answer to the Complaint by December 21, 2023, but failed to file anything with this Court.

4. On November 30, 2023, a copy of the Complaint and Summons was served on QUSAI ALTHENAT, via Personal Service. *See* Affidavit of Service [DE 6-1].

5. QUSAI ALTHENAT was to have responded to or filed an answer to the Complaint by December 21, 2023, but failed to file anything with this Court.

6. It has been more than twenty-one (21) days since A ONE SMOKE SHOP LLC d/b/a A ONE SMOKE SHOP and QUSAI ALTHENAT were served with the Summons and Complaint.

7. Federal Rule of Civil Procedure 55(a) provides that a Clerk must enter a party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend.

8. As of the date of this Motion, A ONE SMOKE SHOP LLC d/b/a A ONE SMOKE SHOP and QUSAI ALTHENAT have failed to answer or respond to the Plaintiff's Complaint, as evidenced by their failure to file any documents with this Court.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully moves for an Entry of Clerk's Default against the Defendants, A ONE SMOKE SHOP LLC d/b/a A ONE SMOKE SHOP and QUSAI ALTHENAT and any other relief this Court deems just and proper.

Respectfully submitted,

*/s/ John D. Hoffman, Jr.*

John D. Hoffman, Jr.
OH Bar No. 0099803
John Hoffman Law Office LLC
137 Heritage Woods Dr.
Suite 210
Akron, OH 44321
john@jdh-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 23, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ John D. Hoffman, Jr.*
John D. Hoffman, Jr.