**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS Holistic, LLC., | : | Case No. 2:23-cv-03786 |
| Plaintiff, | : | Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael R. Merz |
| | : | |
| A One Smoke Shop LLC., et al. | : | |
| Defendant. | : | |

---

**<u>CLERK'S ENTRY OF DEFAULT</u>**

It is appearing that, Defendants A One Smoke Shop LLC., and Qusai Althenat are in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerk's Entry of Default is hereby entered against Defendants, A One Smoke Shop LLC., and Qusai Althenat on this 26th day of February 2024.

Sophia R. Bryant Deputy Clerk

*Issuing officer's signature*

Richard W. Nagel, Clerk, U.S. District Court

*Printed name and title*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO